AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS' LOCAL 73
WELFARE FUND BOARD OF TRUSTEES
and JOSEPH OHM

CASE NUMBER: 08CV3794

V.

ASSIGNED JUDGE: JUDGE MORAN

ALBERT J. GENOVESE

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

ALBERT J. GENOVESE
17916 Walter Street
Lansing, IL 60438

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes
-----------------------------------
(By) DEPUTY CLERK

July 2, 2008
-----------------------------------
Date

# Affidavit of Process Server

Sheet metal workers Local 73 Welfare Fund vs Albert Genovese    08CV3794

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **BARRY A SAVAGE SR** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Albert Genovese_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons and Complaint

by serving (NAME) _Kathryn Genovese_
at ☐ Home _17914 Walter ST Lansing IL_
   ☐ Business
   ☐ on (DATE) _7-5-08_ at (TIME) _1:23 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely_____
☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _Kathryn Genovese Wife_
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____
                                                 DATE TIME              DATE TIME
( )_____, ( )_____, ( )_____
  DATE TIME      DATE TIME          DATE TIME

**Description:**
☐ Male      ☒ White Skin    ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☒ Blond Hair                    ☒ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
            ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☒ Glasses   ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

_Barry A Savage Sr_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this _8_ day of _July_, 20_08_

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.