*H HW*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

F I L E D
7-30-2008
JUL 30 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL 73 ) <br> WELFARE FUND BOARD OF TRUSTEES, and ) <br> JOSEPH OHM, fund administrator, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALBERT J. GENOVESE, ) <br> ) <br> Defendant. ) | No. 08 CV 3794 <br> Judge Moran <br> Magistrate Judge Ashman |

**DEFENDANT'S MOTION TO VACATE ANY AND ALL DEFAULTS, TECHNICAL OR OTHERWISE, FOR LEAVE TO FILE HIS APPEARANCE AND FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD PENDING THE PARTIES SETTLEMENT DISCUSSIONS**

NOW COMES Defendant, Albert Genovese, by and through his attorney, Jeffrey L. Whitcomb, and hereby moves this Court for entry of an order vacating any and all defaults, technical or otherwise, granting Defendant leave to file his appearance *nunc pro tunc* to July 30, 2008 and granting Defendant an extension of time to answer or otherwise plead, pending the parties settlement discussion. In support hereof, Defendant states as follows:

1. Defendant's counsel learned that Defendant was served with a summons and complaint in this matter on or about July 17, 2008.

2. Defendant's counsel and Plaintiff's counsel subsequently discussed entering into settlement discussion in an effort to resolve this matter without incurring the expense of litigation. Counsel for both parties agreed with this course of action, pending the Court's approval.

WHEREFORE Defendant respectfully requests entry of an order granting Defendant leave to file his appearance *nunc pro tunc* to July 30, 2008, vacating any and all defaults,

technical or otherwise, granting Defendant an extension of time to answer or otherwise plead pending the parties settlement discussions and setting this matter for status regarding the parties settlement discussions.

Respectfully Submitted,

_/s/_____
Attorney for Defendant

Jeffrey L. Whitcomb
Law Office of Jeffrey L. Whitcomb
The Apollo Building
100 South York Road, Suite 200
Elmhurst, IL 60126
(630) 530-5330 Tel
(630) 530-5016 Fax
Attorney No. 17246