MHN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SHEET METAL WORKERS' LOCAL 73 )
WELFARE FUND BOARD OF TRUSTEES, and )
JOSEPH OHM, fund administrator, )
                                            )     No. 08 CV 3794
            Plaintiffs,    )     Judge Moran
                                            )     Magistrate Judge Ashman
vs.                                           )
                                            )
ALBERT J. GENOVESE,            )
                                            )
           Defendant.    )

F I L E D
7-30-2008
JUL 30 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

To:     Richard A. Toth
        Daley and George, Ltd.
        20 South Clark Street, Suite 400
        Chicago, Illinois 60603

       PLEASE TAKE NOTICE that the undersigned will, on the 13 day of August, 2008 at 9:00 a.m./p.m., appear before the Honorable Judge Moran and/or any judge sitting in his/her sted in the Courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and present the attached DEFENDANT'S MOTION TO VACATE ANY AND ALL DEFAULTS, TECHNICAL OR OTHERWISE, FOR LEAVE TO IFLE HIS APPEARANCE AND FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD PEANDING THE PARTIES' SETTLEMENT DISCUSSIONS.

_____

Jeffrey L. Whitcomb
Law Office of Jeffrey L. Whitcomb
The Apollo Building
100 South York Road, Suite 200
Elmhurst, IL 60126
(630) 530-5330 Tel
(630) 530-5016 Fax
Attorney No. 17246

## Certificate of Service

The undersigned, an attorney, certifies under the penalties provides by law I caused a copy of the attached Notice of Motion to be served upon the above persons by depositing it in a United States Postal Box, regular mail proper postage affixed, on July 30, 2008, prior to 4:30 p.m.