MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL 73 ) <br> WELFARE FUND BOARD OF TRUSTEES, and ) <br> JOSEPH OHM, fund administrator, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALBERT J. GENOVESE, ) <br> ) <br> Defendant. ) | No. 08 CV 3794 <br> Judge Moran <br> Magistrate Judge Ashman <br><br> **F I L E D** <br> 7-30-2008 <br> JUL 30 2008   PH <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

## NOTICE OF FILING

To:   Richard A. Toth
      Daley and George, Ltd.
      20 South Clark Street, Suite 400
      Chicago, Illinois 60603

    PLEASE TAKE NOTICE that the undersigned, on this 30th day of July 2008, filed with the Clerk of the Circuit Court of United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois the attached Defendant's Appearance and Defendant's Motion to Vacate any and all Defaults, technical or otherwise, Motion for leave to file an Appearance and for an Extension of Time to Answer or otherwise Plead pending the parties settlement discussions.

_____

Jeffrey L. Whitcomb
Law Office of Jeffrey L. Whitcomb
The Apollo Building
100 South York Road, Suite 200
Elmhurst, IL 60126
(630) 530-5330 Tel
(630) 530-5016 Fax
Attorney No. 17246

### Certificate of Service

    The undersigned, an attorney, certifies under the penalties provides by law that I caused a copy of the attached to be served upon the above persons by depositing it in a United States Postal Box, regular mail with proper postage affixed, on July 30, 2008 prior to 4:30 p.m.

_____

MHN

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Sheet Metal Workers' Local 73 Welfare
Fund Board of Trustees, and Joseph Ohm,
Fund Administrator

Case Number: 08 CV 3794

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR
ALBERT J. GENOVESE

FILED
7-30-2008
JUL 30 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Jeffrey L. Whitcomb |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffrey L. Whitcomb |

| FIRM |
|---|
| Law Office of Jeffrey L. Whitcomb |

| STREET ADDRESS |
|---|
| 100 S. York Street, Suite 200 |

| CITY/STATE/ZIP |
|---|
| Elmhurst, IL 60126 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL ARDC 17246 | (630) 530-5330 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |