## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sheet Metal Workers' Local 73 Welfare Fund Board of Trustees, et al.

                              Plaintiff,

v.                                     Case No.: 1:08−cv−03794

                                  Honorable James B. Moran

Albert J Genovese

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable James B. Moran:Defendant's motion to vacate any and all defaults, technical or otherwise, for leave to file his appearance and for an extension of time to answer or otherwise plead pending the parties settlement discussions [8] is granted. Status hearing set for 9/18/2008 is stricken and reset to 10/14/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.